UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,

*Plaintiff*,

v.

OFFICE OF MANAGEMENT AND BUDGET,

*Defendant*.

Civil Action No. 26-0302 (DLF)

**JOINT STATUS REPORT**

Plaintiff, Public Employees for Environmental Responsibility ("Plaintiff") and Defendant Office of Management and Budget ("OMB" or "Defendant"), by and through undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's July 10, 2026 Minute Order.

**STATUS OF PLAINTIFF'S FOIA REQUESTS**

1. On February 13, 2025, Plaintiff submitted a two-part FOIA request to OMB that was assigned tracking number 2025-741.

2. As indicated in the initial joint status report filed on June 9, 2026, Plaintiff agreed to narrow the scope of its FOIA request to the second item only. See ECF No. 10. On June 28, 2026, OMB shared narrowing proposals with Plaintiff to isolate the search results for item #2 only. On July 7, 2026, Plaintiff responded to the proposal with additional search terms. On July 21, 2026, OMB entered a new search using the following terms proposed by Plaintiff:

> ("Information Quality Act" OR "IQA") AND (remov* OR "take down" OR "erase" OR "scrub") AND ("website" OR "web page" OR "webpage")

3. The second search returned approximately 431 records and OMB has begun reviewing the search results for responsiveness.

4. The parties propose filing another joint status report within 30 days to update the Court on the number of records, if any, responsive to item #2 of Plaintiff's FOIA request and the anticipated timeline for completing the processing of those records.

5. Accordingly, the parties respectfully request that the Court defer setting a schedule for summary judgment briefing at this time and that the parties file a status report on or before September 23, 2026, to update the Court on the status of this matter.

Dated: August 24, 2026

*/s/ Laura Dumais*
Laura Dumais
Public Employees for Environmental Responsibility
962 Wayne Ave Suite 610
Silver Spring, MD 20910
(202) 265-7337
Ldumais@peer.org

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Samantha-Josephine Baker*
SAMANTHA JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*